# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand nineteen.

Present:
>    Pierre N. Leval,
>    Rosemary S. Pooler,
>    Denny Chin,
>        *Circuit Judges*.

---

Jesus Berrios, as legal guardian of Vanessa Rivera,

>    *Plaintiff-Appellant*,
>    v.                                                                                                    19-129

State of New York, et al.,

>    *Defendants-Appellees*,

Bayley Seton Hospital, et al.,

>    *Defendants*.

---

Appellant, pro se, moves for leave to proceed in forma pauperis, appointment of counsel, and to appeal on the original record. We grant Appellant's motion for leave to proceed in forma pauperis for the limited purpose of vacating the judgment of the district court, and "remand for further proceedings that conform to the bar against non-attorneys' representation of other" persons in federal court proceedings. *Berrios v. N.Y.C. Hous. Auth.*, 564 F.3d 130, 135 (2d Cir. 2009). On remand, the district court shall appoint Appellant an attorney and allow the attorney the opportunity to present the case.

Upon due consideration, it is hereby ORDERED that the motion for leave to proceed in forma pauperis is GRANTED IN PART, the judgment of the district court is VACATED, and the case is REMANDED for further proceedings consistent with this order and our opinion in *Berrios v.*

CERTIFIED COPY ISSUED ON 07/01/2019

*New York City Housing Authority*, 564 F.3d 130 (2d Cir. 2009). Appellant's remaining motions are DENIED as moot.

FOR THE COURT:  
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy  
Catherine O'Hagan Wolfe, Clerk  
United States Court of Appeals, Second Circuit