United States District Court for the
Eastern District of New York

File Number 18 Civ. 4194 (LDH)

| | | |
|---|---|---|
| JESUS BERRIOS, as Legal Guardian of Vanessa Rivera, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Notice of Appeal |
| WILLIAM HENRI; JOHN MCLAUGHLIN; ROY CYRIAC; ARUNA AGNI; JOHN/JANE DOE, Head of a Vanessa Rivera's Medical Treatment Team; JOHN/JANE DOE 2, Deputy Director of Inpatient Services; and JOHN/JANE DOE 3, Director of Quality and Risk Management, in their individual capacities, | ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

Notice is hereby given that Jesus Berrios, as Legal Guardian of Vanessa Rivera, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable LaShann DeArcy Hall dismissing Plaintiff's amended complaint, entered in this action on the 30th day of December, 2021 (ECF Dkt. No. 63), and the related Judgment dismissing Plaintiff's amended complaint, entered in this action on the 6th day of January 2022 (ECF Dkt. No. 64).

/s/ *Jesus Berrios*
Jesus Berrios

Address:   175 Friendship Lane
Apartment 263
Staten Island, New York 10314