**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty-two,

_____

Jesus Berrios, as legal guardian of Vanessa Rivera,

    Plaintiff - Appellant,

v.

John/Jane Doe #1, Head of Vanessa Rivera's Medical Treatment Team, John/Jane Doe #2, Deputy Director of Inpatient Services, John/Jane Doe #3, Director of Quality and Risk Management, Aruna Aguni, Roy Cyriac, John McLaughlin, William Henri,

    Defendants - Appellees,

State of New York, City of New York, New York City Health and Hospitals Corporation, Richmond County District Attorney's Office, Bayley Seton Hospital, New York Lawyers For the Public Interest, Inc., Battiste, Aronowsky, and Suchow, Inc.,

    Defendants.

**ORDER**
Docket No. 22-145

_____

    The Appellant Jesus Berrios filed a Notice of Appeal in the above-referenced matter, 22-145. The Court mailed instructional forms to the appellant on January 26, 2022 instructing the appellant to file Form D-P and fourteen days, thereafter, to file a scheduling notification letter pursuant to Local Rule 31.2(a)(1)(A). The Appellant filed Form D-P on June 16, 2022 but failed to submit a scheduling notification letter. Upon consideration thereof,

**MANDATE ISSUED ON 10/12/2022**

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), the Appellant`s brief and any required appendix must be filed on or before September 20, 2022. It is further ORDERED that the appeal is dismissed effective September 20, 2022 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

                                          For The Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit